UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDMOND BARRAS**                                               CIVIL ACTION

**VERSUS**                                                       NO. 10-1498

**STEVE RADER, WARDEN**                                   SECTION "S"(5)

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Edmond Barras for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE** as moot.

New Orleans, Louisiana, this <u>11th</u> day of <u>   March   </u>, 2011.

UNITED STATES DISTRICT JUDGE